**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SIGMA CORPORATION OF AMERICA**, | ) ) ) Case No.: 1:25-cv-10804 (ALC) |
| Plaintiff, | ) ) |
| | ) Judge: Hon. Andrew L. Carter |
| v. | ) ) |
| **BIG EASY CAMERAS LLC DBA PHOENIX PHOTO,** | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant Big Easy Cameras LLC dba Phoenix Photo in the above-captioned action.

Dated: February 3, 2026          Respectfully submitted,

By: /s/ Maya Addady
Maya Addady

**STERN & SCHURIN LLP**
595 Stewart Ave, Suite 510
Garden City, New York 11530
Tel: (516) 248-0300
maddady@sternschurin.com

*Counsel for Defendant*
*Big Easy Cameras LLC*