**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SIGMA CORPORATION OF AMERICA** | |
| Plaintiff, | |
| -against- | **25-cv-10804 (ALC)** |
| **BIG EASY CAMERAS LLC** | **ORDER** |
| Defendant. | |

**ANDREW L. CARTER, JR., United States District Judge:**

Defendant's answer was due January 28, 2026. Defendants have until April 28, 2026 to answer otherwise they risk default judgment being entered in favor of Plaintiff.

**SO ORDERED.**

**Dated:**   April 21, 2026

　　　　**New York, New York**

_Andrew T Carter_

**ANDREW L. CARTER, JR.**
**United States District Judge**